Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 4016 | **DATE** | 09/08/2005 |
| **CASE TITLE** | US ex rel. Weiss -v- Laboratory Corp. of America Holdings et al | | |

**DOCKET ENTRY TEXT:**

The United States of America has elected to decline intervention. Enter order that the seal be lifted on the complaint, this order, and the government's notice of election to decline intervention which the relator will serve upon the defendants; all other contents of the court filed in this action shall remain under seal and not be made public or served upon the defendant. The seal is lifted as to all other matters occurring in this action after the date of this order. The Clerk of Court is directed to include the U.S. Attorney's Office on all mailings in this case. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. Should the relator or the defendant propose that this action be dismisses, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT  |
|---|---|---|