# United States District Court
# Northern District of Illinois

In the Matter of

*J. Settlement*

**United States of America ex rel.
David Weiss, MD**

v.   Case No. 03 C 4016

**Laboratory Corporation of America
Holdings et al**

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*Charles P. Kocoras*
Chief Judge Charles P. Kocoras

Dated: SEP - 8 2005

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*Charles P. Kocoras*
Chief Judge Charles P. Kocoras

Dated: SEP - 8 2005

Reassignment/Lot (Rev. 9/99)

The Government having declined to intervene in this False Claims Act action, it is recommended that this case be reassigned by lot to an active judge of this Court for further proceedings.



Reassignment/Lot (Rev. 9/99)