**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

David Weiss

Plaintiff,

v.                                                          Case No.: 1:03–cv–04016

Honorable Robert W.
Gettleman

Laboratory Corporation of America Holdings,
et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 7, 2005:

     MINUTE entry before Judge Robert W. Gettleman : Status Report due by
10/19/2005. Status hearing reset to 10/25/2005 at 09:00 AM.Telephone notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.