UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 12 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DAVID WEISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 03-4016 |
| ) | Hon. Robert W. Gettleman |
| LABORATORY CORPORATION OF ) | |
| AMERICA HOLDINGS, and LABORATORY ) | |
| CORPORATION OF AMERICA and/or ALL ) | |
| SUBSIDIARIES OF LABORATORY ) | |
| CORPORATION OF AMERICA HOLDINGS, ) | |
| ) | |
| Defendants. ) | |

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, DAVID WEISS, by and through his attorneys, and files this Rule 41 Notice of Voluntary Dismissal as against all the Defendants.

IN SUPPORT of this Notice Plaintiff states that Notice of Voluntary Dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(i), because there has been no service on the opposing party and no answer filed. Pursuant to the Order unsealing this matter, Plaintiff has included a written statement from the Office of the United States Attorney consenting to this dismissal.

Respectfully submitted,
DAVID WEISS

By: _____
One of his attorneys

Barry A. Spevack
MONICO, PAVICH & SPEVACK
20 S. Clark Street
Suite 700
Chicago, Illinois 60603
312-782-9500

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID WEISS, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LABORATORY CORPORATION OF )<br>AMERICA HOLDINGS, and LABORATORY )<br>CORPORATION OF AMERICA and/or ALL )<br>SUBSIDIARIES OF LABORATORY )<br>CORPORATION OF AMERICA HOLDINGS, )<br>)<br>Defendants. ) | No. 03-4016<br>Hon. Robert W. Gettleman |

### CONSENT TO DISMISSAL

The Office of the United States Attorney hereby consents to the Dismissal of the instant action pursuant to Rule 41(a).

Respectfully submitted,

PATRICK FITZGERALD
United States Attorney

By: _____
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-4088