Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 4016 | DATE | 10/18/2005 |
| CASE TITLE | David Weiss v Laboratory Corp. of America Holdings, et al | | |

**DOCKET ENTRY TEXT:**

This cause is voluntarily dismissed. Status hearing date of 10/25/2005 is stricken.

[No notice]

| | | Courtroom Deputy | GDS |
|---|---|---|---|